IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02015 AP

RICKY J. MANN,

Plaintiff-Appellant,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant-Appellee.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

<u>For Plaintiff</u>:

Robert K. Gruber, #9413
3500 South Wadsworth Blvd., Suite 215
Lakewood, Colorado 80235-2382
Telephone (303) 986-6400
FAX (303) 986-6800
E-mail: bobgruber@earthlink.net
Attorney for Plaintiff-Appellant
Ricky J. Mann

<u>For Defendant</u>:

TROY A. EID
United States Attorney

KURT J. BOHN
Assistant U.S. Attorney

-1-

Bonnie E. Sims
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294

Street Address:
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 844-7278
(303) 454-0404 (facsimile)

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

**A.  Date Complaint Was Filed:** October 9, 2006

**B.  Date Complaint Was Served on U.S. Attorney's Office:** October 26, 2006

**C. Date Answer and Administrative Record Were Filed:** February 14, 2007

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties have agreed to a Supplemental Administrative Records to be prepared and filed by the Defendant, to replace Pages 468-489 a Reporters Transcript of Civil Action 02F1850, with a more legible copy.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

There are no unusual claims or defenses in this case.

**7.  OTHER MATTERS**

There are no other matters.

**8.  PROPOSED BRIEFING SCHEDULE**

**A.  Plaintiffs Opening Brief Due:**  April 5, 2007

B.  Defendant's Response Brief Due: May 16, 2007

C.  Plaintiffs Reply Brief (If Any) Due: May 28, 2007

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A.  Plaintiffs Statement:**

> Plaintiff does not request oral argument.

**B.  Defendant's Statement:**

> Defendant does not request oral argument

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A.   (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.   (**X**) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 1st day of March, 2007.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

| APPROVED: | UNITED STATES ATTORNEY |
|---|---|
| s/ Robert K. Gruber     2/27/2007 | TROY A. EID |
| Robert K. Gruber | United States Attorney |
| 3500 South Wadsworth Blvd., Suite 215 | |
| Lakewood, Colorado 80235-2382 | KURT J. BOHN |
| Telephone (303) 986-6400 | Assistant U.S. Attorney |
| FAX (303) 986-6800 | |
| E-mail: bobgruber@earthlink.net | s/ Bonnie E. Sims     2/27/2007 |
| | By: Bonnie E. Sims Special Assistant |
| Attorney for Plaintiff- Appellant | U.S. Attorney |
| | |
| | Mailing Address: |
| | 1961 Stout Street, Suite 1001A |
| | Denver, Colorado 80294 |
| | (303) 844-0815 |
| | E-mail: Bonnie.sims@ssa.gov |
| | |
| | Street Address: |
| | United States Attorney's Office |
| | 1225 Seventeenth Street, Suite 700 |
| | Denver, Colorado 80202 |
| | (303) 454-0100 |
| | (303) 454-0404 (facsimile) |