IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02015-MSK

RICKY J. MANN,

       Plaintiff,

v.

MICHAEL J. ASTRUE[1], *Commissioner of Social Security,*

       Defendant.

---

## ORDER RESCHEDULING ORAL ARGUMENT

---

THIS MATTER comes before the Court *sua sponte*

**IT IS HEREBY ORDERED** that:

1.     The oral argument previously set for December 28, 2007, is hereby reset to **January 29, 2008,** at **4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

2.     All other provisions of the Court's Order Setting Oral Argument issued on August 31, 2007, shall apply to the rescheduled hearing.

DATED this 17th day of December, 2007.

                                **BY THE COURT:**

                                *Marcia S. Krieger*
                                _____
                                Marcia S. Krieger
                                United States District Judge

---

[1] Michael J. Astrue, is substituted for Jo Anne B. Barnhart as the defendant in this suit.